

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00681-CV

In the Interest of **E.G.K.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01021
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's termination judgment is AFFIRMED. No costs of appeal are taxed against Appellant.

SIGNED April 5, 2023.

Liza A. Rodriguez, Justice